# TEXAS COURT OF APPEALS, THIRD DISTRICT, AT AUSTIN

## JUDGMENT RENDERED JANUARY 17, 2025

### NO. 03-24-00584-CV

**Nancy S. Garrison, Trustee of the Nancy S. Garrison GST Trust and LED-LINC, LLC, Appellants**

**v.**

**Austin Renaissance Limited, Appellee**

---

**APPEAL FROM THE 353RD DISTRICT COURT OF TRAVIS COUNTY
BEFORE CHIEF JUSTICE BYRNE, JUSTICES KELLY AND ELLIS
DISMISSED ON APPELLANTS' MOTION -- OPINION BY JUSTICE ELLIS**

---

This is an appeal from the interlocutory order signed by the trial court on August 16, 2024. Nancy S. Garrison, Trustee of the Nancy S. Garrison GST Trust and LED-LINC, LLC have filed an unopposed motion to dismiss the appeal, and having considered the motion, the Court agrees that the motion should be granted. Therefore, the Court grants the motion and dismisses the appeal. The appellants shall pay all costs relating to this appeal, both in this Court and in the court below.